UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| *In Re* FLYING J REBATE CONTRACT LITIGATION (NO. II) | ) ) ) ) | Master File No. 14-2515-ART Civil No. 14-68-ART |
| *Wright Transportation, Inc. v. Pilot Corporation, et al.* | ) ) ) | **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court suggests to the Judicial Panel on Multidistrict Litigation ("JPML") that the remaining case in this multi-district litigation ("MDL"), *Wright Transportation, Inc. v. Pilot Corp., et al.*, be remanded to its transferor court, the Southern District of Alabama. *See* JPML Rule of Procedure 10.1(b) (providing that "a transferee judge recommends remand of an action to the transferor court at any time by filing a suggestion of remand with the Panel"); *see also* 28 U.S.C. § 1407(a) ("Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred . . . ."). Because Wright Transportation, Inc.'s case is the only remaining action in the MDL, there are no longer benefits from centralized or coordinated proceedings in the Eastern District of Kentucky. Only case-specific issues remain, and they are best left for the Southern District of Alabama to decide. The Court has made available to the transferor court a memorandum detailing the case's status.

Accordingly, it is **ORDERED** that the suggestion of remand is **ENTERED** with the JPML. The Clerk of the Court will provide a copy of this order to the clerk of the JPML.

This the 3rd day of September, 2015.

Signed By:
*Amul R. Thapar* AT
United States District Judge